No. 72–1373.   TRIMBLE *v.* TEXAS STATE BOARD OF REGISTRATION FOR PROFESSIONAL ENGINEERS.   Ct. Civ. App. Tex., 8th Sup. Jud. Dist.   Certiorari denied. ▮

No. 72–1376.   PERMIAN CORP. ET AL. *v.* COFFEE.   C. A. 5th Cir.   Certiorari denied. ▮

No. 72–5709.   MARTINEZ *v.* ALLDREDGE.   C. A. 3d Cir. Certiorari denied. ▮

No. 72–6203.   HALL *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 72–6224.   BERKLEY *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied. ▮

No. 72–6230.   MARTIN *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 72–6244.   ESCOBAR *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 72–6295.   BOYSAW *v.* OHIO.   Ct. App. Ohio, Ashtabula County.   Certiorari denied.

No. 72–6309.   LARSEN *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 72–6315.   RODRIGUES *v.* DAGGET, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 72–6324.   O'DELL *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied. ▮

No. 72–6336.   JACOBS *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied. ▮

No. 72–6351.   STUDT *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.